1  JOHN E. MORAN (State Bar No. 94179)
2  SUSAN L. WILSON (State Bar No. 195022)
   NORMAN E.B. MINNEAR (State Bar No. 230190)
3  **DANNER & MARTYN, LLP**
   100 E. Thousand Oaks Blvd., Suite 244
   Thousand Oaks, California 91360
4  Telephone: (805) 777-8700
   Facsimile: (805) 778-0736
5
   Attorneys for Plaintiff
6  DIRECTV, INC.

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

FILED
CLERK, U.S DISTRICT COURT

FEB 17 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ /DEPUTY

LODGED

2004 AUG -6 AM 10:09
CENTRAL DIST. OF CALIF.
LOS ANGELES

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11  DIRECTV, INC., a California         CASE NO.: CV-03-8612 RJK (RZx)
    corporation,
12                                       ~~[PROPOSED]~~
              Plaintiff,                 **DEFAULT JUDGMENT BY COURT**
13                                       **ENTERED AGAINST DEFENDANT**
    v.                                   **AARON HALLUM**
14
    STEVE AGALSOFF; JOSE CUESTA;        Date:   September 27, 2004
15  MARKO DEGANCI; AARON                Time:   10:00 a.m.
    HALLUM,                             Ctrm.:  1439, Roybal Bldg.
16
                                        ENTERED
17          Defendants.     CLERK, U.S. DISTRICT COURT Assigned to Hon. Robert K. Kelleher

18                          FEB 18 2005

19                          CENTRAL DISTRICT OF CALIFORNIA
                            BY _____ DEPUTY

20          It appearing from the records in the above-entitled action that the Default of

21  Defendant AARON HALLUM was entered on June 22, 2004;

22          It further appearing from the Motion for Default on Plaintiff's claim for a sum

23  which can by computation be made certain, that Defendant AARON HALLUM has

24  defaulted for failure to appear;

25          It further appearing from the declaration of counsel for Plaintiff that Defendant

26  AARON HALLUM is not an infant or incompetent person, and other evidence as

27  required by the Federal Rules of Civil Procedure;

28  ///

: ODMA\PCDOCS\DOCS\135634\1                    1.                    CV-03-8612 RJK (RZx)

[Proposed] Default Judgment By Court Entered Against Defendant

COPY

1    NOW THEREFORE, on request of counsel Judgment shall be entered as follows:

2    1.    As against Defendant AARON HALLUM, and in favor of Plaintiff,

3    DIRECTV, the sum of $10,000.00.

4    2.    Pursuant to 18 U.S.C. § 2520 and Central District Local Rule 55-3, as

5    against Defendant AARON HALLUM, and in favor of Plaintiff, DIRECTV, attorneys'

6    fees in the amount of $1,300.00.

7

8    Dated: 2/17/2005

9

10                                    Hon. Robert J. Kelleher
                                      United States District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Default Judgment By Court Entered Against Defendant

1       NOW THEREFORE, on request of counsel Judgment shall be entered as follows:

2       1.      As against Defendant AARON HALLUM, and in favor of Plaintiff,

3    DIRECTV, the sum of $10,000.00.

4

5    Dated:_____

6

7                                          Hon. Robert J. Kelleher
                                           United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

*DIRECTV v AGALSOFF, et.al. CV-03-8612 RJK (RZx)*

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed by Danner & Martyn, LLP in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 E. Thousand Oaks Blvd., Suite 244, Thousand Oaks, California, 91360.

On July 5, 2004, I served the foregoing document(s) described as **PROPOSED DEFAULT JUDGMENT BY COURT ENTERED AGAINST DEFENDANT AARON HALLUM** on the interested parties in this action as stated on the attached service list as follows:

☒   By placing true copies thereof enclosed in sealed envelope(s) addressed as stated on the attached service list

   ☐   BY PERSONAL SERVICE (CCP §1011):
   I delivered such envelope(s) by hand to the offices of the addressee(s).

   ☒   BY MAIL (CCP §1013(a)&(b)):
   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at 100 E. Thousand Oaks Blvd., Suite 244, Thousand Oaks, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   ☐   **BY OVERNIGHT CARRIER** (CCP §1013(c)&(d) ):
   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing via Overnight Carrier. Under that practice such envelope(s) would be deposited at an authorized Overnight Carrier "drop off" box on that same day with delivery fees fully provided for at 100 E. Thousand Oaks Blvd., Suite 244, Thousand Oaks, California, in the ordinary course of business.

☐   **BY FACSIMILE**:
Pursuant to CCP §1013(e) and (f) and CRC Rule 2008, on _____, 2004, at approximately _____ (☐a.m./☐p.m.), I served the above stated document by facsimile, as stated on the attached service list, from the facsimile machine of Danner & Martyn, LLP whose phone number is (805) 778-0736. The facsimile machine used complies with CRC Rule 2003(3). Pursuant to CRC Rule 2008(e) the transmission be facsimile was reported as complete and without error.

Executed on July 5, 2004, at Thousand Oaks, California

☐   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Alexis D. Sherwin

56-7878

1

2

## ATTACHED SERVICE LIST
*DIRECTV v AGALSOFF, et.al. CV-03-8612 RJK (RZx)*

| | |
|---|---|
| Mr. Aaron Hallum<br>11400 Cherrylee Dr.<br>El Monte, CA 91732 | Defendant AARON HALLUM |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ODMA\PCDOCS\DOCS\135640\1

56-7878